**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOME, LLC,

                Plaintiff,

vs.

Victoria Conti, *et al.*,

                Defendants.

Case No. 2:26-cv-00856-JAD-MDC

**ORDER GRANTING MOTION TO REMOVE ATTORNEY (ECF NO. 8)**

The Court has reviewed the *Motion to Remove Attorney* (ECF No. 8) ("Motion"). Plaintiff requests to remove Raleigh Thompson, Esq. as counsel of record in this matter and to no longer receive electronic notices of filings in this matter. *ECF No. 8*. Plaintiff represents that Mr. Thompson is longer part of Kaempfer Crowell ("Kaempfer"), the firm representing plaintiff. *Id.* Plaintiff also attach a Notice of Disassociation of Counsel that states that Mr. Thompson is no longer part of Kaempfer. *ECF No. 8-1*. Brett William Pilling, Esq. and Robert R. McCoy, Esq. will continue as counsel for plaintiff. *See ECF No. 8*. For good cause shown, the Court grants the Motion.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion to Remove Attorney* (ECF No. 8) is **GRANTED**.

2. Raleigh Thompson, Esq., is to be removed as counsel of record for plaintiff and removed from CM/ECF service in this matter.

DATED: March 27, 2026

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1