KAEMPFER CROWELL
Robert McCoy, No. 9121
Brett Pilling, No. 15981
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: bpilling@kcnvlaw.com

Attorneys for Plaintiff JOME, LLC
dba Structure Exhibits

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOME, LLC dba STRUCTURE EXHIBITS, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>vs.<br><br>VICTORIA CONTI, an individual; DEBORAH RODRIGUEZ, an individual; ALIGN COMPANIES LLC dba ALIGN EXHIBITS, a Texas limited liability company; DOES I through XXX; and ROE BUSINESS ENTITIES I through X,<br><br>            Defendants. | Case No.  2:26-cv-00856-JAD-MDC<br><br><br>**STIPULATION TO ACCEPT SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT AND TO EXTEND RESPONSE DEADLINE** |

KAEMPFER
CROWELL

22281.2

Plaintiff JOME, LLC dba Structure Exhibits ("Structure") and defendants Align Companies LLC dba Align Exhibits ("Align"), Victoria Conti, and Deborah Rodriguez (collectively "Defendants") stipulate as follows:

1.      That Clark Hill will accept service of the First Amended Complaint (ECF No. 11) and Summons (ECF No. 16) on behalf of Align; and

2.      That the deadline for Defendants to respond to the First Amended Complaint will be April 20, 2026.

There is good cause for this modest extension of just over one week for Conti and Rodriguez to respond to the First Amended Complaint (from the current April 9 deadline) to align all Defendants' responses and therefore promote Fed. R. Civ. P. 1's goal of "the just, speedy, and inexpensive determination of every action."

| KAEMPFER CROWELL | CLARK HILL PLLC |
|---|---|
| _____ | /s/ John A. Hunt |
| Robert McCoy, No. 9121 | John A. Hunt, No. 1888 |
| Brett Pilling, No. 15981 | Bert Wuester, Jr., No. 5556 |
| 1980 Festival Plaza Drive, Suite 650 | 1700 S. Pavilion Center Drive, Suite 500 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89135 |
| | |
| Attorneys for Plaintiff JOME, LLC dba Structure Exhibits | Attorneys for Defendants Victoria Conti, Deborah Rodriguez and Align Companies LLC dba Align Exhibits |

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:   April 2, 2026

KAEMPFER
CROWELL

22281.2

Page 1 of 1