KAEMPFER CROWELL
Robert McCoy, No. 9121
Brett Pilling, No. 15981
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: bpilling@kcnvlaw.com

Attorneys for Plaintiff JOME, LLC
dba Structure Exhibits

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOME, LLC dba STRUCTURE EXHIBITS, a Nevada limited liability company,<br><br>                              Plaintiff,<br><br>vs.<br><br>VICTORIA CONTI, an individual; DEBORAH RODRIGUEZ, an individual; ALIGN COMPANIES LLC dba ALIGN EXHIBITS, a Texas limited liability company; DOES I through XXX; and ROE BUSINESS ENTITIES I through X,<br><br>                              Defendants. | Case No.  2:26-cv-00856-JAD-MDC<br><br>**Stipulation and Order to Seal ECF Nos. 14-2 and 14-3 of the Appendix of Exhibits (ECF NO. 14)**<br><br>ECF No. 29 |

KAEMPFER
CROWELL

22281.2

Plaintiff JOME, LLC dba Structure Exhibits ("Structure") and defendants Align Companies LLC dba Align Exhibits ("Align"), Victoria Conti, and Deborah Rodriguez (collectively "Defendants") stipulate as follows:

1.      Contained in ECF Nos. 14-2 and 14-3 are inadvertent disclosures of Social Security Numbers.  Such information needs to be redacted pursuant to LR IC 6-1.

2.      The parties agree that the Court should seal ECF Nos. 14-2 and 14-3.  Counsel for Plaintiff will refile the exhibits contained in ECF Nos. 14-2 and 14-3 with appropriate redactions immediately upon granting of the Order.

There is good cause for sealing the documents to protect the parties involved and allow for proper redactions to be made to the documents.

| KAEMPFER CROWELL | CLARK HILL PLLC |
|---|---|
| _(signature)_ | /s/ John A. Hunt |
| Robert McCoy, No. 9121 | John A. Hunt, No. 1888 |
| Brett Pilling, No. 15981 | Bert Wuester, Jr., No. 5556 |
| 1980 Festival Plaza Drive, Suite 650 | 1700 S. Pavilion Center Drive, Suite 500 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89135 |
| | |
| Attorneys for Plaintiff JOME, LLC dba Structure Exhibits | Attorneys for Defendants Victoria Conti, Deborah Rodriguez and Align Companies LLC dba Align Exhibits |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____April 8, 2026_____

KAEMPFER
CROWELL

22281.2