**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jome, LLC, dba Structure Exhibits, | Case No. 2:26-cv-0856-JAD-MDC |
| Plaintiff | **Preliminary Injunction Order** |
| v. | ECF No. 13 |
| Victoria Conti; Deborah Rodriguez, et al., | |
| Defendants | |

For the reasons stated on the record during today's hearing on the Emergency Motion for Temporary Restraining Order and Preliminary Injunction [ECF Nos. 12, 13, 15] filed by Plaintiff Jome, LLC, dba Structure Exhibits (hereinafter "Structure"), at which the court granted the motion for preliminary injunction [ECF No. 13], **IT IS ORDERED that Defendants Victoria Conti and Deborah Rodriguez are each ENJOINED from** the following conduct:

1.      Soliciting or attempting to solicit any of Structure's customers with whom she had material contact during her last two years of employment at Structure; this conduct is prohibited through trial of this matter or until 18 months after the termination of her employment at Structure, whichever is earlier; and

2.      Disclosing, copying, transferring, or otherwise misappropriating any of Structure's customer lists or customer contact information; account terms or pricing information; or business techniques, methods, or strategies; this conduct is prohibited through trial of this matter.

1

IT IS FURTHER ORDERED that **Structure must post a $10,000** surety **bond—** or a cash bond that the clerk of court must deposit into the court registry—to secure this preliminary injunction by 4 p.m. on Monday, April 13, 2026.

_____
U.S. District Judge Jennifer A. Dorsey
April 8, 2026

2