John A. Hunt, Esq. (NSBN 1888)
Bert Wuester Jr., Esq. (NSBN 5556)
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
ph. (702) 862-8300; fax (702) 862-8400
email: jhunt@clarkhill.com
email: bwuester@clarkhill.com

Vance Liebman, Esq. (pro hac vice)
**Clark Hill, PLLC**
130 E. Randolph Street, Suite 3900
Chicago, IL 60601
ph. (312) 701-6850; fax (312) 701-6801
email: vliebman@clarkhill.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOME, LLC,<br><br>        Plaintiff,<br><br>        vs.<br><br>VICTORIA CONTI, an individual; DEBORAH RODRIGUEZ, an individual; ALIGN COMPANIES LLC dba ALIGN EXHIBITS, a Texas limited liability company; DOES I–XXX; and ROE CORPORATIONS I–XX, Inclusive,<br><br>        Defendants. | Case No. **2:26-cv-00856-JAD-MDC** |

### STIPULATION TO EXTEND TIME
### TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPAINT
(Second Request)

Defendants, Victoria Conti ("Conti"), Deborah Rodriguez ("Rodriguez"), and Align Companies LLC dba Align Exhibits ("Align") (collectively, "Defendants"), and Plaintiff, JOME, LLC, dba Structure Exhibits ("Plaintiff" or "Structure"), by and through their respective

Page **1** of **3**

undersigned counsel, hereby stipulate as follows:

1.      On April 2, 2026, via ECF No. 26, the parties' *Stipulation to Accept Service of Summons and First Amended Complaint and to Extend Response Deadline* was filed which, in part, noted that Clark Hill accepted service of the First Amended Complaint (ECF No. 11) and Summons (ECF No. 16) on behalf of Align. Id., at 2:4-5. It also set April 20, 2026, as the deadline for all Defendants to respond to the First Amended Complaint. Id., at 2:6-7.

2.      The parties, via this Stipulation, have conferred and agreed to allow Defendants a second (2nd) extension of time to and including Wednesday, May 20, 2026, to respond to Plaintiff's First Amended Complaint (ECF No. 11).

3.      Defendants submit that this second request for an extension to respond to Plaintiff's First Amended Complaint is in keeping with FRCP 4(d)(3) concerning Clark Hill accepting service of the First Amended Complaint on behalf of Align to the extent same is considered consistent with waiving service of process and, if so, FRCP 4(d)(3) provides 60 days to respond to the pleading. It is further submitted that providing for a single response date for all Defendants advances judicial economy.

4.      Also, in part, this request is made because of the recent (April 15, 2026) Order (ECF No. 38) granting Vance L. Liebman, Esq.'s Verified Petition for Permission to Practice Pro Hac Vice for Defendants (ECF No. 36). Defendants discussed with Plaintiff the current status of the case and allowing time for Mr. Liebman to further acquaint himself with the matter, including for purposes of responding to Plaintiff's First Amended Complaint.

\\\

\\\

\\\

5.    This request is made before the current April 20, 2026, deadline.

6.    Wherefore, consistent with the above, it is submitted good cause is present to allow Defendants a second (2nd) extension of time to and including Wednesday, May 20, 2026, to respond to Plaintiff's First Amended Complaint (ECF No. 11).

| **Kaempfer Crowell** | **Clark Hill, PLLC** |
|---|---|
| By */s/ Brett Pilling*<br>Robert McCoy, Esq.<br>Brett Pilling, Esq.<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>ph. (702) 792-700; fax (702) 796-7181<br>Email: rmccoy@kenvlaw.com<br>Email: bpilling@kcnvlaw.com<br>Attorneys for Plaintiff | By */s/ John A. Hunt*<br>John A. Hunt, Esq. (NSBN 1888)<br>Bert Wuester Jr., Esq. (NSBN 5556)<br>1700 S. Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada 89135<br>ph. (702) 862-8300; fax (702) 862-8400<br>email: jhunt@clarkhill.com<br>email: bwuester@clarkhill.com<br><br>Vance Liebman, Esq. (pro hac vice)<br>**Clark Hill, PLLC**<br>130 E. Randolph Street, Suite 3900<br>Chicago, IL 60601<br>ph. (312) 701-6850; fax (312) 701-6801<br>email: vliebman@clarkhill.com<br>Attorneys for Defendants |

## **ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:  April 17, 2026