# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOME, LLC,

               Plaintiff,

vs.

Victoria Conti, *et al.*,

               Defendants.

Case No. 2:26-cv-00856-JAD-MDC

**ORDER GRANTING MOTION TO REMOVE ATTORNEY (ECF NO. 43)**

The Court has reviewed the *Motion to Remove Attorney* (ECF No. 43) ("Motion"). Plaintiff requests to remove Robert McCoy, Esq. as counsel of record in this matter and to no longer receive electronic notices of filings in this matter. *ECF No. 43*. Plaintiff represents that Mr. McCoy is longer part of Kaempfer Crowell ("Kaempfer"), the firm representing plaintiff. *Id.* Brett William Pilling, Esq. and Keith Williams, Esq. of Kaempfer will continue as counsel for plaintiff. *See id.* at 2. For good cause shown, the Court grants the Motion.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion to Remove Attorney* (ECF No. 43) is **GRANTED**.

2. Robert McCoy, Esq., is to be removed as counsel of record for plaintiff and removed from CM/ECF service in this matter.

DATED: May 5, 2026

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1