John A. Hunt, Esq. (NSBN 1888)
Bert Wuester Jr., Esq. (NSBN 5556)
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
ph. (702) 862-8300; fax (702) 862-8400
email: jhunt@clarkhill.com
email: bwuester@clarkhill.com

Vance Liebman, Esq. (pro hac vice)
**Clark Hill, PLLC**
130 E. Randolph Street, Suite 3900
Chicago, IL 60601
ph. (312) 701-6850; fax (312) 701-6801
email: vliebman@clarkhill.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOME, LLC, | Case No. **2:26-cv-00856-JAD-MDC** |
| Plaintiff, | |
| vs. | |
| VICTORIA CONTI, an individual; DEBORAH RODRIGUEZ, an individual; ALIGN COMPANIES LLC dba ALIGN EXHIBITS, a Texas limited liability company; DOES I–XXX; and ROE CORPORATIONS I–XX, Inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND THE TIME
FOR DEFENDANTS TO FILE REPLIES
TO PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**
(First Request)

Defendants, Victoria Conti ("Conti"), Deborah Rodriguez ("Rodriguez"), and Align

Companies LLC dba Align Exhibits ("Align") (collectively, "Defendants"), and Plaintiff, Jome,

Clark Hill PLLC
1700 S. Pavilion Center Drive,
Suite 500
Las Vegas, Nevada 89169
Ph. (702) 862-8300
Fax (702) 862-8400
www.clarkhill.com

CLARKHILL\103828\1023954\288159629.v1-6/9/26

LLC, dba Structure Exhibits ("Plaintiff" or "Structure"), by and through their respective undersigned counsel, hereby stipulate as follows:

1.    The following Motions to Dismiss were filed on May 20, 2026:

A.    *Defendant Align Companies LLC dba Align Exhibits', Motion to Dismiss Plaintiff's First Amended Complaint, Pursuant to Fed.R.Civ.Pro. 12(b)(2)* (ECF 46); and

B.    *Defendants, Victoria Conti's and Deborah Rodriguez's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 11)* (ECF 47).

2.    On June 3, 2026, Plaintiff filed the following Oppositions to the Motions to Dismiss:

A.    *Jome LLC's Response to Defendant Align Companies LLC dba Align Exhibits', Motion to Dismiss Plaintiff's First Amended Complaint, Pursuant to Fed.R.Civ.Pro. 12(b)(2)* (ECF 48); and

B.    *Jome LLC's Response to Defendants, Victoria Conti and Deborah Rodriguez's, Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 47)* (ECF 49).

3.    Presently, without an extension, Replies to the Oppositions are due on Wednesday, June 10, 2026. See LR 7-3(b).

4.    The parties, via this Stipulation, have conferred and agreed that in light of certain client availability issues, that Defendants shall have a one (1) week extension to and including Wednesday, June 17, 2026, to file Replies to Plaintiff's Oppositions (i.e., ECF 48 and 49).

5.    This request is made before the current June 10, 2026, deadline.

Page **2** of **3**

Clark Hill PLLC
1700 S. Pavilion Center Drive,
Suite 500
Las Vegas, Nevada 89169
Ph. (702) 862-8300
Fax (702) 862-8400
www.clarkhill.com

CLARKHILL\103828\1023954\288159629.v1-6/9/26

6.     Wherefore, consistent with the above, it is submitted good cause is present to allow Defendants an extension of time to and including Wednesday, June 17, 2026, to file Replies to Plaintiff's Oppositions (i.e., ECF 48 and 49).

| Kaempfer Crowell | Clark Hill, PLLC |
|---|---|
| By */s/ Brett Pilling, Esq. – 6-9-26* <br> Keith Williams, Esq. (NSBN 10796) <br> Brett Pilling, Esq. (NSBN 15981) <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, Nevada 89135 <br> ph. (702) 792-700; fax (702) 796-7181 <br> Email: kwilliams@kcnvlaw.com <br> Email: bpilling@kcnvlaw.com <br> Attorneys for Plaintiff | By */s/ John A. Hunt, Esq. – 6-9-26* <br> John A. Hunt, Esq. (NSBN 1888) <br> Bert Wuester Jr., Esq. (NSBN 5556) <br> 1700 S. Pavilion Center Drive, Suite 500 <br> Las Vegas, Nevada 89135 <br> ph. (702) 862-8300; fax (702) 862-8400 <br> email: jhunt@clarkhill.com <br> email: bwuester@clarkhill.com <br><br> Vance Liebman, Esq. (pro hac vice) <br> **Clark Hill, PLLC** <br> 130 E. Randolph Street, Suite 3900 <br> Chicago, IL 60601 <br> ph. (312) 701-6850; fax (312) 701-6801 <br> email: vliebman@clarkhill.com <br> Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   6/9/2026

Clark Hill PLLC
1700 S. Pavilion Center Drive,
Suite 500
Las Vegas, Nevada 89169
Ph. (702) 862-8300
Fax (702) 862-8400
www.clarkhill.com

CLARKHILL\103828\1023954\288159629.v1-6/9/26