John A. Hunt, Esq. (NSBN 1888)
Bert Wuester Jr., Esq. (NSBN 5556)
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
ph. (702) 862-8300; fax (702) 862-8400
email: jhunt@clarkhill.com
email: bwuester@clarkhill.com

Vance Liebman, Esq. (pro hac vice)
**Clark Hill, PLLC**
130 E. Randolph Street, Suite 3900
Chicago, IL 60601
ph. (312) 701-6850; fax (312) 701-6801
email: vliebman@clarkhill.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOME, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>VICTORIA CONTI, an individual; DEBORAH RODRIGUEZ, an individual; ALIGN COMPANIES LLC dba ALIGN EXHIBITS, a Texas limited liability company; DOES I–XXX; and ROE CORPORATIONS I–XX, Inclusive,<br><br>    Defendants. | Case No. **2:26-cv-00856-JAD-MDC** |

**STIPULATION AND ORDER TO EXTEND THE TIME**
**TO FILE AN OPPOSITION**
**TO**
*JOME, LLC'S MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE AS TO WHY DEFENDANTS, VICTORIA CONTI AND DEBORAH RODRIGUEZ, SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR VIOLATION OF THIS COURT'S, APRIL 8, 2026, PRELIMINARY INJUNCTION (ECF 53)*
**(First Request)**

Page **1** of **3**

Defendants, Victoria Conti ("Conti"), Deborah Rodriguez ("Rodriguez"), and Align Companies LLC dba Align Exhibits ("Align") (collectively, "Defendants"), and Plaintiff, JOME, LLC, dba Structure Exhibits ("Plaintiff" or "Structure"), by and through their respective undersigned counsel, hereby stipulate as follows:

1.      On Wednesday, June 17, 2026, Plaintiff filed *Jome, LLC's Motion for Issuance of Order to Show Cause as to Why Defendants, Victoria Conti and Deborah Rodriguez, Should Not be Held in Civil Contempt for Violation of this Court's, April 8, 2026, Preliminary Injunction* ("Motion") (ECF 53).

2.      Presently, without an extension, the Opposition to the Motion is due Wednesday, July 1, 2026. See LR 7-2(b).

3.      The parties, via this Stipulation, have conferred and agreed that in light of certain scheduling issues and the July 4 holiday, Conti and Rodriguez shall have an extension to and including Thursday, July 9, 2026, to file an Opposition(s) to the Motion (ECF 53).

4.      This request is made before the current July 1, 2026, deadline.

\\\

\\\

\\\

\\\

\\\

Page **2** of **3**

5.    Wherefore, consistent with the above, it is submitted good cause is present to allow Conti and Rodriguez an extension of time to and including Thursday, July 9, 2026, to file an Opposition(s) to the Motion (ECF 53).

6.    By granting the extension for an Opposition, Structure's Reply in support of the Motion (ECF 53) would be due on July 16, 2026, seven (7) days from the Opposition. See LR 7-2(b).

| Kaempfer Crowell | Clark Hill, PLLC |
|---|---|
| By */s/ Brett Pilling, Esq.* – 6-30-26<br>Keith Williams, Esq. (NSBN 10796)<br>Brett Pilling, Esq. (NSBN 15981)<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>ph. (702) 792-700; fax (702) 796-7181<br>Email: kwilliams@kcnvlaw.com<br>Email: bpilling@kcnvlaw.com<br>Attorneys for Plaintiff | By */s/ John A. Hunt, Esq.* – 6-30-26<br>John A. Hunt, Esq. (NSBN 1888)<br>Bert Wuester Jr., Esq. (NSBN 5556)<br>1700 S. Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada 89135<br>ph. (702) 862-8300; fax (702) 862-8400<br>email: jhunt@clarkhill.com<br>email: bwuester@clarkhill.com<br><br>Vance Liebman, Esq. (pro hac vice)<br>**Clark Hill, PLLC**<br>130 E. Randolph Street, Suite 3900<br>Chicago, IL 60601<br>ph. (312) 701-6850; fax (312) 701-6801<br>email: vliebman@clarkhill.com<br>Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/30/2026

Page **3** of **3**

ClarkHill\103828\1023954\288515278.v1-6/30/26